Al Walter BOLDEN, Appellant,

v.

UNITED STATES of America, Appellee.

No. 24022.

United States Court of Appeals
Fifth Circuit.

March 2, 1967.

Al Walter Bolden, pro se.

Reese L. Harrison, Jr., Asst. U. S. Atty., San Antonio, Tex., Ernest Morgan, U. S. Atty., San Antonio, Tex., for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and BREWSTER, District Judge.

PER CURIAM:

The judgment is

Affirmed.